Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–29239–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Allan B. Merklinger Jr.            Nan V. Merklinger
27 Carolyn Road                    27 Carolyn Road
Little Silver, NJ 07739            Little Silver, NJ 07739

Social Security No.:
xxx–xx–6004                         xxx–xx–2243

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 30, 2015.

On 08/15/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:       September 14, 2016
Time:       10:00 AM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 17, 2016
JJW: jey

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-29239-KCF
Allan B. Merklinger, Jr.                                            Chapter 13
Nan V. Merklinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 17, 2016
                              Form ID: 185             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
```
db/jdb       +Allan B. Merklinger, Jr.,   Nan V. Merklinger,   27 Carolyn Road,
               Little Silver, NJ 07739-1501
aty          +Peter Lucas,   Lucas & McGoughran,   725 Carol Ave.,   PO Box 490,   Oakhurst, NJ 07755-0490
cr           +Steward Financial Services,   c/o Stark & Stark,   401 Route 73 North, Suite 130,
               Marlton, NJ 08053-3428
515057945     Bluegreen Resorts Management Inc.,   PO Box 630980,   Cincinnati, OH 45263-0980
515057946    +Bluegreen Vacations Inc.,   4960 Conference Way North,   Ste 100,   Boca Raton, FL 33431-4413
515057947    +Builders General Supply Co,   15 Sycamore Ave,   Little Silver, NJ 07739-1200
515138379    +Builders General Supply Co.,   Peter Lucas, Esq.,   725 Carol Ave., POB 490,
               Oakhurst, NJ 07755-0490
515057948   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank,   PO Box 85015,   Richmond, VA 23285-5075)
515057949     Chase Bank, NA,   PO Box 94014,   Palatine, IL 60094-4014
515057950    +Deutsche Bank Natl Trust Co,   3476 Stateview Blvd,   Fort Mill, SC 29715-7203
515057956    +JG Tax Group,   1430 S Federal Hwy 301,   Deerfield Beach, FL 33441-7244
515057955    +Jamison & Jamison,   788 Shrewsbury Ave,   Bldg 2 Suite 2212,   Eatontown, NJ 07724-3080
515057958     Pinnacle Recovery Inc.,   PO Box 130848,   Carlsbad, CA 92013-0848
515140325    +SPECIALIZED LOAN SERVICING LLC,   8742 LUCENT BLVD, SUITE 300,
               HIGHLANDS RANCH, COLORADO 80129-2386
515057960     Zucker Goldberg & Ackerman,   200 Sheffield Street #301,   PO Box 1024,
               Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2016 23:12:23     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2016 23:12:21     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ  07102-5235
515057953     E-mail/Text: cio.bncmail@irs.gov Aug 17 2016 23:11:57     Internal Revenue Service,
               4 Paragon Way,   Freehold, NJ 07728
515057951    +E-mail/Text: EBN_Notifications@OWB.com Aug 17 2016 23:12:17     IndyMac Mortgage Services,
               6900 Beatrice Drive,   Kalamazoo, MI 49009-9559
515228925     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 23:19:59
               Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
515228924     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 23:07:29
               Portfolio Recovery Associates, LLC,   c/o Capital One/HSBC,   POB 41067,   Norfolk VA 23541
515057959    +E-mail/Text: jchrist@stewardfs.com Aug 17 2016 23:12:27     Steward Financial Services,
               PO Box 39,   Maple Shade, NJ 08052-0039
515305868     E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2016 23:07:00     Synchrony Bank,
               c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515118010*    Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
515057952*    Internal Revenue Service,   Insolvency Unit,   PO Box 744,   Springfield, NJ 07081
515057954*    Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
               Philadelphia, PA 19101-7346
515057957   ##+OneWest Bank FSB,   1 Banting,   Irvine, CA 92618-3601
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 17, 2016
                              Form ID: 185               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2016 at the address(es) listed below:

```
              Albert     Russo     on behalf of Trustee Albert     Russo docs@russotrustee.com
              Albert     Russo    docs@russotrustee.com
              Joel A. Ackerman      on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
               the Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2005-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-B under jackerman@zuckergoldberg.com
              John L. Laskey     on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com
              Joshua I. Goldman      on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-B to BTS jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Warren     Brumel     on behalf of Joint Debtor Nan V. Merklinger wbrumel@keyportlaw.com,
               BrumelLawECF@gmail.com
              Warren     Brumel     on behalf of Debtor Allan B. Merklinger, Jr. wbrumel@keyportlaw.com,
               BrumelLawECF@gmail.com
                                                                                             TOTAL: 7
```