Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  Allan B. Merklinger, Jr.
Nan V. Merklinger

Debtor(s)

Case No.: 14-29239
Judge: Kathryn C. Ferguson, CUSBJ
Chapter: 13

## SECOND MODIFIED CHAPTER 13 PLAN AND MOTIONS (REVISED)

☐ Original
☐ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
☑ Discharge Sought
☐ No Discharge Sought

Date: 8/12/2016

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay **$200.00 Monthly** to the Chapter 13 Trustee, starting on **October 1, 2014** for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☑ Loan modification with respect to mortgage encumbering property
  Description: **27 Carolyn Rd**
  **Little Silver, NJ**
  Proposed date for completion: **12/31/2016**

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☑ Other information that may be important relating to the payment and length of plan:
**Adequate protection payments to mortgagees shall be made pending the loan modifications.**

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $ **300.00 monthly** to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to **Builders General Supply Co** (creditor).

c. Adequate protection payments will be made in the amount of $ **1,500.00 monthly** to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to **Specialized Loan Servicing LLC** (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Internal Revenue Service** | **Taxes and certain other debts** | 43,666.49 |
| | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in

2

Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c.  Surrender

Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Bluegreen Resorts Management Inc.** | **biennial floating red week interval interest: 1/104 undivided interest in Unit 2003X in The Atlantic Palace Condominium, Atlantic City, NJ** | **750.00** | **0.00** |

### d.  Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
-NONE-

### e.  Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Arrearage claims of mortgagees Specialized Loan Servicing LLC and Builders General Supply Co to be cured through loan modifications** | **27 Carolyn Rd<br>Little Silver, NJ** | **100% of arrearage claim to be paid through loan modifications.** |

## Part 5:  Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

    ____    Not less than $____ to be distributed *pro rata*

    ____    Not less than ___ percent

    __X__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

| Part 6: Executory Contracts and Unexpired Leases | | |
|---|---|---|
| All executory contracts and unexpired leases are rejected, except the following, which are assumed: | | |
| Creditor | Nature of Contract or Lease | Treatment by Debtor |
| -NONE- | | |

**Part 7: Motions**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

**Part 8: Other Plan Provisions**

    a. **Vesting of Property of the Estate**
       ☑ Upon Confirmation
       ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-petition claims

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Debtors' real estate did not sell within the time prescribed by the prior confirmed plans, notwithstanding their continued reduction in asking price and aggressive marketing. Debtors now seek to maintain ownership and cure defaults to mortgagees by way of loan modifications. | Home sale provision deleted. Plan provides for curing of default on mortgages by way of loan modifications. |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☑ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **August 15, 2016**            **/s/ Warren Brumel, Esq.**
                                        **Warren Brumel, Esq. WB3626**
                                        Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    **August 15, 2016**           **/s/ Allan B. Merklinger, Jr.**
                                        **Allan B. Merklinger, Jr.**
                                        Debtor

Date:    **August 15, 2016**           **/s/ Nan V. Merklinger**
                                        **Nan V. Merklinger**
                                        Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-29239-KCF
Allan B. Merklinger, Jr.                                               Chapter 13
Nan V. Merklinger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Aug 17, 2016
                              Form ID: pdf901          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db/jdb         +Allan B. Merklinger, Jr.,    Nan V. Merklinger,    27 Carolyn Road,
                 Little Silver, NJ 07739-1501
aty            +Peter Lucas,    Lucas & McGoughran,    725 Carol Ave.,    PO Box 490,    Oakhurst, NJ 07755-0490
cr             +Steward Financial Services,    c/o Stark & Stark,    401 Route 73 North, Suite 130,
                 Marlton, NJ 08053-3428
515057945       Bluegreen Resorts Management Inc.,    PO Box 630980,    Cincinnati, OH 45263-0980
515057946      +Bluegreen Vacations Inc.,    4960 Conference Way North,    Ste 100,    Boca Raton, FL 33431-4413
515057947      +Builders General Supply Co,    15 Sycamore Ave,    Little Silver, NJ 07739-1200
515138379      +Builders General Supply Co.,    Peter Lucas, Esq.,    725 Carol Ave., POB 490,
                 Oakhurst, NJ 07755-0490
515057948     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One Bank,     PO Box 85015,    Richmond, VA 23285-5075)
515057949       Chase Bank, NA,    PO Box 94014,    Palatine, IL 60094-4014
515057950      +Deutsche Bank Natl Trust Co,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
515057956      +JG Tax Group,    1430 S Federal Hwy 301,    Deerfield Beach, FL 33441-7244
515057955      +Jamison & Jamison,    788 Shrewsbury Ave,    Bldg 2 Suite 2212,    Eatontown, NJ 07724-3080
515057958       Pinnacle Recovery Inc.,    PO Box 130848,    Carlsbad, CA 92013-0848
515140325      +SPECIALIZED LOAN SERVICING LLC,     8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
515057960       Zucker Goldberg & Ackerman,    200 Sheffield Street #301,    PO Box 1024,
                 Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2016 23:12:23     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2016 23:12:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515057953       E-mail/Text: cio.bncmail@irs.gov Aug 17 2016 23:12:02     Internal Revenue Service,
                 4 Paragon Way,    Freehold, NJ 07728
515057951      +E-mail/Text: EBN_Notifications@OWB.com Aug 17 2016 23:12:17     IndyMac Mortgage Services,
                 6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
515228925       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 23:07:10
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
515228924       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 23:19:53
                 Portfolio Recovery Associates, LLC,    c/o Capital One/HSBC,    POB 41067,    Norfolk VA 23541
515057959      +E-mail/Text: jchrist@stewardfs.com Aug 17 2016 23:12:27     Steward Financial Services,
                 PO Box 39,    Maple Shade, NJ 08052-0039
515305868       E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2016 23:07:51     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515118010*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515057952*      Internal Revenue Service,    Insolvency Unit,    PO Box 744,    Springfield, NJ 07081
515057954*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515057957     ##+OneWest Bank FSB,    1 Banting,    Irvine, CA 92618-3601
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Aug 17, 2016
                              Form ID: pdf901             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
the Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2005-B, Home Equity Mortgage Loan
Asset-Backed Certificates, Series INABS 2005-B under jackerman@zuckergoldberg.com
          John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com
          Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
Asset-Backed Certificates, Series INABS 2005-B to BTS jgoldman@kmllawgroup.com,
bkgroup@kmllawgroup.com
          Warren   Brumel    on behalf of Joint Debtor Nan V. Merklinger wbrumel@keyportlaw.com,
BrumelLawECF@gmail.com
          Warren   Brumel    on behalf of Debtor Allan B. Merklinger, Jr. wbrumel@keyportlaw.com,
BrumelLawECF@gmail.com
                                                                                                          TOTAL: 7