| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Warren Brumel, Esq. (wb3626)<br>Attorney for Debtors<br>PO Box 181<br>Keyport, NJ 07735<br>732-264-3400 | Order Filed on September 28, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Allan B. Merklinger, Jr.<br>Nan V. Merklinger | Case No.: 14-29239<br>Chapter: 13<br>Judge: KCF |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Warren Brumel, Esq. _____, the applicant, is allowed a fee of $ _____ 700.00 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 700.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ * _____ per month for _____ months to allow for payment of the above fee.

*Payment to be determined by the bankruptcy trustee

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Allan B. Merklinger, Jr.  
Nan V. Merklinger  
    Debtors

Case No. 14-29239-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2016  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.  
db/jdb      +Allan B. Merklinger, Jr.,    Nan V. Merklinger,    27 Carolyn Road,    Little Silver, NJ 07739-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2005-B, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-B under jackerman@zuckergoldberg.com
      John L. Laskey     on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com
      Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2005-B to BTS jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Warren   Brumel    on behalf of Joint Debtor Nan V. Merklinger wbrumel@keyportlaw.com, BrumelLawECF@gmail.com
      Warren   Brumel    on behalf of Debtor Allan B. Merklinger, Jr. wbrumel@keyportlaw.com, BrumelLawECF@gmail.com
                                                                                  TOTAL: 7