Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  14−29239−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Allan B. Merklinger Jr.                   Nan V. Merklinger
   27 Carolyn Road                          27 Carolyn Road
   Little Silver, NJ 07739                 Little Silver, NJ 07739

Social Security No.:
   xxx−xx−6004                                 xxx−xx−2243

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 14, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 14, 2017
JAN: ckk

                                                                                                Jeanne Naughton
                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-29239-KCF
Allan B. Merklinger, Jr.                                                  Chapter 13
Nan V. Merklinger
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 14, 2017
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
```
db/jdb        +Allan B. Merklinger, Jr.,    Nan V. Merklinger,    27 Carolyn Road,
                Little Silver, NJ 07739-1501
aty           +Peter Lucas,    Lucas & McGoughran,    725 Carol Ave.,    PO Box 490,    Oakhurst, NJ 07755-0490
cr            +Steward Financial Services,    c/o Stark & Stark,    401 Route 73 North, Suite 130,
                Marlton, NJ 08053-3428
515057945      Bluegreen Resorts Management Inc.,    PO Box 630980,    Cincinnati, OH 45263-0980
515057946     +Bluegreen Vacations Inc.,    4960 Conference Way North,    Ste 100,    Boca Raton, FL 33431-4413
515057947     +Builders General Supply Co,    15 Sycamore Ave,    Little Silver, NJ 07739-1200
515138379     +Builders General Supply Co.,    Peter Lucas, Esq.,    725 Carol Ave., POB 490,
                Oakhurst, NJ 07755-0490
515057950     +Deutsche Bank Natl Trust Co,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
515057956     #+JG Tax Group,    1430 S Federal Hwy 301,    Deerfield Beach, FL 33441-7244
515057955     +Jamison & Jamison,    788 Shrewsbury Ave,    Bldg 2 Suite 2212,    Eatontown, NJ 07724-3080
515057958      Pinnacle Recovery Inc.,    PO Box 130848,    Carlsbad, CA 92013-0848
515140325     +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                HIGHLANDS RANCH, COLORADO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 02:00:20     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 02:00:18     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515057948      EDI: CAPITALONE.COM Sep 15 2017 01:43:00     Capital One Bank,    PO Box 85015,
                Richmond, VA 23285-5075
515057949      EDI: CHASE.COM Sep 15 2017 01:43:00     Chase Bank, NA,    PO Box 94014,
                Palatine, IL 60094-4014
515057953      EDI: IRS.COM Sep 15 2017 01:43:00     Internal Revenue Service,    4 Paragon Way,
                Freehold, NJ 07728
515057951     +E-mail/Text: EBN_Notifications@OWB.com Sep 15 2017 02:00:15     IndyMac Mortgage Services,
                6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
515228925      EDI: PRA.COM Sep 15 2017 01:43:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                POB 41067,    Norfolk VA 23541
515228924      EDI: PRA.COM Sep 15 2017 01:43:00     Portfolio Recovery Associates, LLC,
                c/o Capital One/HSBC,    POB 41067,    Norfolk VA 23541
515057959     +E-mail/Text: jchrist@stewardfs.com Sep 15 2017 02:00:25     Steward Financial Services,
                PO Box 39,    Maple Shade, NJ 08052-0039
515305868      EDI: RMSC.COM Sep 15 2017 01:43:00     Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515118010*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515057952*     Internal Revenue Service,    Insolvency Unit,    PO Box 744,    Springfield, NJ 07081
515057954*     Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                Philadelphia, PA 19101-7346
515057957     ##+OneWest Bank FSB,    1 Banting,    Irvine, CA 92618-3601
515057960     ##Zucker Goldberg & Ackerman,    200 Sheffield Street #301,    PO Box 1024,
                Mountainside, NJ 07092-0024
                                                                                    TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 14, 2017
                              Form ID: 148             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-B to BTS dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joel A. Ackerman     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
           the Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2005-B, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-B under jackerman@zuckergoldberg.com
          John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
           jgould@stark-stark.com
          Joshua I. Goldman     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-B to BTS jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Warren    Brumel    on behalf of Debtor Allan B. Merklinger, Jr. wbrumel@keyportlaw.com,
           brumellawecf@gmail.com;r53076@notify.bestcase.com
          Warren    Brumel    on behalf of Joint Debtor Nan V. Merklinger wbrumel@keyportlaw.com,
           brumellawecf@gmail.com;r53076@notify.bestcase.com
                                                                                             TOTAL: 8
```