UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Allan B. Merklinger, Jr.
Nan V. Merklinger

Debtor(s)

CHAPTER 13 CASE NO. 14-29239 / KCF

Hearing Date:  June 14, 2017   9:00 am

Honorable Kathryn C. Ferguson

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-29239-KCF
Allan B. Merklinger, Jr.                                              Chapter 13
Nan V. Merklinger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin         Page 1 of 1         Date Rcvd: Sep 14, 2017
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
db/jdb         +Allan B. Merklinger, Jr.,   Nan V. Merklinger,    27 Carolyn Road,
                Little Silver, NJ 07739-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
      Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
      Asset-Backed Certificates, Series INABS 2005-B to BTS dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
      the Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2005-B, Home Equity Mortgage Loan
      Asset-Backed Certificates, Series INABS 2005-B under jackerman@zuckergoldberg.com
      John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
      jgould@stark-stark.com
      Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
      Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
      Asset-Backed Certificates, Series INABS 2005-B to BTS jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Warren   Brumel    on behalf of Debtor Allan B. Merklinger, Jr. wbrumel@keyportlaw.com,
      brumellawecf@gmail.com;r53076@notify.bestcase.com
      Warren   Brumel    on behalf of Joint Debtor Nan V. Merklinger wbrumel@keyportlaw.com,
      brumellawecf@gmail.com;r53076@notify.bestcase.com
                                                                           TOTAL: 8